| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**V.**<br><br>**ENYIBUAKU RITA UZOAGA**<br>**And CHARLES HARRIS** | **HOUSTON DIVISION**<br><br>**H-CR-14-0065** |
| **GOVERNMENT'S EXHIBIT LIST** | |
| Judge:    EWING  WERLEIN, JR. | CRIMINAL   NO.   H-CR-14-0065 |
| Case Manager: | SAUSA:     Suzanne Bradley<br>AUSA:     Tina Ansari |
| Court Reporter: | Defense Attorney:    Don DeGabrielle, Jr. ,<br> Jay Yates |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 1 | Summary Chart of indictment counts | | | | | |
| 1A | Medicare application | | | | | |
| 1A1 | CD of all Medicare vestibular claims data by Dr. Uzoaga | | | | | |
| 1A2 | No exhibit | | | | | |
| 1A3 | Summary chart of procedure codes in indictment with billed and paid Medicare | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 1A4 | Remittance and Status reports from Medicare - CD | | | | | |
| 1A5 | Summary chart of Medicare and Medicaid claims data from 1-1-06 through 6-30-09 (1 page) | | | | | |
| 1A6 | CD of Dr. Egbunike Medicare billing | | | | | |
| 1A7 | CD of Dr. Nwora Medicare billing | | | | | |
| 1A8 | Summary chart of Medicare and Medicaid claims data from 7-1-09 through 12-31-2010 (1 page). | | | | | |
| 1A9 | Summary of Therapy Codes billed and paid for Medicare and Medicaid ( 1 page) | | | | | |
| | **Medicaid** | | | | | |
| 1B | Medicaid application with affidavit | | | | | |
| 1B1 | All Medicaid data – CD; with affidavit | | | | | |
| 1B2 | No Exhibit | | | | | |
| 1B3 | No exhibit | | | | | |
| 1B4 | CD Remittance and status reports – Medicaid with affidavit | | | | | |
| | | | | | | |
| | **A.R. GIDEON** | | | | | |
| 1C1 | A.R.GIDEON – summary of Medicare claims data | | | | | |
| 1C2 | Summary of dates of service and total number of tests performed | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 1C3 | Cevine superbills from Clarissa Smith (CS Egbunike 000246, 393, 456, 486, 599, 643). | | | | | |
| 1C4 | Purple Gideon patient filed containing Cevine superbills (Uzoaga 02701-02756) | | | | | |
| 1C5 | Patient file (Uzoaga 14023-14247) | | | | | |
| 1C6 | Patient file (Uzoaga14248-14251) | | | | | |
| 1C7 | Patient file (Uzoaga 23916-24114) | | | | | |
| 1C8 | Patient file (Uzoaga 24115-24118) | | | | | |
| | | | | | | |
| | **G. WEST** | | | | | |
| 1D1 | Summary of Medicare claims on G.West by Uzoaga | | | | | |
| 1D2 | Summary chart of dates of service   and tests | | | | | |
| 1D3 | Uzoaga patient file (Uzo. 2-2013-03 00001-118) | | | | | |
| 1D4 | Purple patient file (Uzoaga 02759-02804) | | | | | |
| 1D5 | Summary of Medicare claims on G.West by Egbunike (34pages) | | | | | |
| 1D6 | Summary of dates of service and test dates from Egbunike | | | | | |
| 1D7 | Pharmacy Plus superbills (PinnacleGJ -691, 693, 713, 714, 716, 717) | | | | | |
| 1D8 | Pharmacy Plus patient treatment forms (PinnacleGJ 1056-1077) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 1D9 | Pharmacy Plus records on West with Valley Neurology records (PinnacleGJ 077-90) | | | | | |
| 1D10 | Patient file on West from Dr. Bacon (Egb. 00660-707) | | | | | |
| | | | | | | |
| | **F.Barrett** | | | | | |
| 1E1 | Medicare claims data for F. Barrett | | | | | |
| 1E2 | Summary chart of dates of service and testing dates | | | | | |
| 1E2A | Medicare claims data for F. Barrett billed by A.Egbunike | | | | | |
| 1E3 | Cevine superbills for F. Barrett to Clarissa Smith (CS –Egbunike 000249, 391, 457, 489, 601, 645, 1310,1327,1349, 1535) | | | | | |
| 1E4 | Purple patient file with superbills on F.Barrett. (Uzoaga 02828- 02900) | | | | | |
| 1E5 | Uzoaga patient file on F.Barrett (Uzoaga 02805- 02827) | | | | | |
| 1E6 | VA file on F. Barrett – (FB VA 1395-1450, 147-148)(Dr. Lara) | | | | | |
| | | | | | | |
| | **C.Fuentes** | | | | | |
| 1F1 | Summary of Medicare claims on C. Fuentes | | | | | |
| 1F2 | Summary of dates of service and number of tests | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 1F3 | Cevine superbills to Clarissa Smith (CS Egbunike 000247, 392 394, 458, 488, 602, 646)(CS- Uzoaga-00385, 278) | | | | | |
| 1F4 | Purple Uzoaga patient file from Pinnacle (Uzoaga 02901-03000) | | | | | |
| 1F5 | Uzoaga patient file on C.Fuentes (Uzoaga 3001-03087) | | | | | |
| 1F6 | Uzoaga patient file (Uzoaga 3088-3295) | | | | | |
| 1F7 | Uzoaga patient file (Uzoaga 3296-3358) | | | | | |
| 1F8 | Uzoaga patient file (Uzoaga 3359-3571) | | | | | |
| 1F9 | Uzoaga patient file (Uzoaga 3572-3579) | | | | | |
| 1F10A | Pinnacle superbills (PinnacleGJ 695, 700, 704) | | | | | |
| 1F10B | Pinnacle patient treatment forms (PinnacleGJ 1138-1148) | | | | | |
| 1F10C | Pharmacy Plus records   (Pinnacle GJ 100, 102-109) | | | | | |
| | | | | | | |
| | **M.Mattox** | | | | | |
| 1G1 | Summary of Medicare claims on M.M. | | | | | |
| 1G2 | Summary of dates of service and testing dates on M.M. | | | | | |
| 1G3 | Superbills (CS Uzoaga 00271, 277, 392) | | | | | |
| 1G4 | Uzoaga patient file (Uzoaga 1589-1628) | | | | | |
| 1G5 | No exhibit | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 1G6 | No exhibit | | | | | |
| 1G7 | No exhibit | | | | | |
| 1G8 | Summary of Medicare claims on M.M. from Egbunike | | | | | |
| 1G9 | Summary of Medicaid claims data on M.M. from Egbunike | | | | | |
| 1G10 | Summary of Medicaid claims on M.M. from Uzoaga | | | | | |
| | | | | | | |
| | **Clarissa Smith** | | | | | |
| 1H | Billing CDs from Clarissa Smith (CS-Egbunike 00001-6205; 6206-12454; 12455-12689)(CS Uzoaga 0001-449)(CS Nwora 1-2046)(CS Ahamneze 00001-5460). | | | | | |
| 1H1 | Service agreement between Dr. Uzoaga and Clarissa Smith dated 9-28-2006 (CS Uzoaga – 00001) | | | | | |
| 1H2 | Excite invoices to Dr. Uzoaga (CS-Uzoaga 17-39) | | | | | |
| 1H3 | Pastel Healthcare superbill with Cevine fax tagline on M. Mattox (CS Nwora 001352) | | | | | |
| 1H4 | Cevine superbills to Clarissa Smith with fax cover sheet "Bills for Dr. Uzoaga" (CS Nwora 1302-10). | | | | | |
| 1I | Dr. E. Michel records (Uz-Michel-00001-308) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 1J | Summary chart of Medicare data – percentage of vestibular testing vs. all codes billed (7 pages) | | | | | |
| 1K | Summary chart of highest billed Medicare beneficiaries – vestibular testing only (2 pages) | | | | | |
| 1L | No exhibit | | | | | |
| 1N | Certified copy of Secretary of State records for Family Physicians, P.A. | | | | | |
| | | | | | | |
| | **Patient   J.Butler** | | | | | |
| 2 | Summary chart on Medicare claims data for patient J.B. | | | | | |
| 2A | Summary chart on dates of service | | | | | |
| 2B1 | Uzoaga patient file on J.B.) (Uz.pt file -614-00001-00064) | | | | | |
| 2B2 | Uzoaga patient file on J.B.) (Us.pt file-614-00130-557) | | | | | |
| 2B3 | Uzoaga patient file on J.B.) (Uz.pt file -614-0065-00129) | | | | | |
| 2B4 | Uzoaga patient file on J.B.) (Uz.pt file -614-00559-00640) | | | | | |
| 2B5 | Uzoaga patient file on J.B.) (Uz.pt file -614-00641-00657 | | | | | |
| 2C | Dr. Bhat patient file on J.B. (Butler 001-009) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 2D | No exhibit | | | | | |
| 2D1 | Cevine superbill (CS-Egbunike 396)(3-2-2009) | | | | | |
| 2D2 | Additional Cevine superbills (CS-Egbunike-000245, 396, 455, 487, 598, 640, 1323) | | | | | |
| 2E | Pinnacle Patient Information (Pinnacle GJ 012-32) | | | | | |
| 2F | Medicare Remittance (dated 3-26-2009) (3 pages)($3,900.27) | | | | | |
| 2G | March 2009 Chase Bank Statement for Family Physician PA x0951 (10 pages) Showing deposit of $3,900.27 on 3-26-09 | | | | | |
| | | | | | | |
| | **Patient E.Taymouri** | | | | | |
| 3 | Summary chart on Medicare claims data for patient E.T. | | | | | |
| 3A | Summary chart on dates of service and testing | | | | | |
| 3B1 | Uzoaga patient file (Uzoaga 000658-01206) | | | | | |
| 3B2 | Uzoaga patient file (Uzoaga 01207-01521) | | | | | |
| 3B3 | Uzoaga patient file (Uzoaga 14742-15257) | | | | | |
| 3B4 | Uzoaga patient file (Uzoaga 15258-15274) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|-----|-------------|------|-----|-------|-------|------|
| 3C1 | Cevine patient records from Uzoaga (Uzoaga 01562-1580) | | | | | |
| 3C2 | Pinnacle patient records from Uzoaga (Uzoaga 01523-1560) | | | | | |
| 3D1 | Cevine superbill (CS Egbunike 000642) Date 4-27-09 | | | | | |
| 3D2 | Cevine superbill (CS Egbunike 000596) | | | | | |
| 3E | Medicare R&S Statement for E.T. 05/26/09 (9 pages)($11,923.95) | | | | | |
| 3F | May 2009 Chase Bank Statement for Family Physician PA x0951 (12 pages)($11,923.95 deposited 5-26-2009) | | | | | |
| | | | | | | |
| | **Patient E. Taymouri** | | | | | |
| 4 | See Exhibit 3 | | | | | |
| 4A | See Exhibit 3A | | | | | |
| 4B | See 3B for patient files | | | | | |
| 4B1 | Dr. Park patient file for E.T. (Uzoaga 06567-06767) | | | | | |
| 4C | See 3C | | | | | |
| 4D1 | Pinnacle superbill (4-5-2010)(PinnacleGJ 1045) | | | | | |
| 4D2 | Pinnacle superbills (PinnacleGJ 548, 559, 579, 591, 601, 625, 649, 672, 681 696) | | | | | |
| 4D3 | Pinnacle testing results (PinnaleGJ 33-56) | | | | | |
| 4D4 | Patient information (PinnacleGJ 1027-53) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| 4E1 | Medicare R&S dated 5-6-2011 ($6,057.26) | | | | | |
| 4E2 | Resubmitted Medicare R&S Statement 09/14/11 (4 pages)(88 cents) | | | | | |
| 4F | May 2010 Chase Bank Statement for Family Physician PA x0951 (12 pages)(deposit of $6,057.26 on 5-6-2010) | | | | | |
| | | | | | | |
| | **Patient J. Garcia** | | | | | |
| 5 | Summary of Medicare claims data | | | | | |
| 5A | Summary chart of dates of service and testing dates | | | | | |
| 5B1 | Uzoaga patient file (Vol. I) (Uzoaga 3531-3943) | | | | | |
| 5B2 | Uzoaga patient file (Vol. II) (Uzoaga 3944-4446) | | | | | |
| 5C | Purple patient file with Pinnacle testing (Uzo. 2-2013 00017) | | | | | |
| 5D1 | Pinnacle superbill (Pinnacle GJ 688) | | | | | |
| 5D2 | Pinnacle testing 3-10-10 (PinnacleGJ -1207) | | | | | |
| 5D3 | Assorted Pinnacle superbills on J.Garcia (PinnacleGJ   574, 585, 588, 616, 620, 639, 669, 754) | | | | | |
| 5D4 | Assorted Pinnacle testing sheets on J. Garcia (Pinnacle GJ 246-260, 1209, 1221) | | | | | |
| 5E1 | Medicare R&S Statement for J.G. 04/19/10 (6 pages) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 5E2 | Resubmitted Medicare R&S Statement 07/25/11 (5 pages)($205.44) | | | | | |
| 5F | April 2010 Chase Bank Statement for Family Physician PA x0951 (12 pages)($5,901.79) | | | | | |
| | | | | | | |
| | **Patient B.Taymouri** | | | | | |
| 6 | Summary chart on Medicare claims data for patient B.T. | | | | | |
| 6A | Summary chart of dates of service and testing dates | | | | | |
| 6B1 | Patient file (Uzoaga 04458-04930) | | | | | |
| 6B2 | Uzoaga patient files on B.T. (Uzoaga 04904-05374) | | | | | |
| 6B3 | Purple Uzoaga patient file (Uzoaga 04447-04457) | | | | | |
| 6B4 | Dr. Park patient file on B.T. (Uzoaga 06387-06562) | | | | | |
| 6B5 | Dr. Suarez Baylor patient records (Suarez 001-34) | | | | | |
| 6C | No exhibit | | | | | |
| 6D1 | Pinnacle superbill for 4-19-2010 (Pinnacle GJ 547) | | | | | |
| 6D2 | Pinnacle testing result for 4-19-2010 (PinnacleGJ 995) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 6E1 | Pinnacle superbills for B.T.   (PinnacleGJ 596, 650) | | | | | |
| 6E2 | Patient referral information (PinnacleGJ 0989-998) | | | | | |
| 6E3 | B.T. testing results (PinnacleGJ 999-1003) | | | | | |
| 6F | Medicare R&S Statements for B.T. 08/10/10 (6 pages)(submitted, not paid) | | | | | |
| | | | | | | |
| | **Patient R.Marks** | | | | | |
| 7 | Summary chart on Medicare claims data for patient R.M. | | | | | |
| 7A | Summary chart of dates of service and testing dates | | | | | |
| 7B1 | Uzoaga patient file (Vol. I) (Uzoaga 22073-22492) | | | | | |
| 7B2 | Uzoaga patient file (Vol. II)(Uzoaga 05375-05835) | | | | | |
| 7C | Purple file with Pinnacle testing (Uzo-2-2013) | | | | | |
| 7D1 | Pinnacle superbill 9-3-2009 | | | | | |
| 7D2 | Pinnacle testing 9-3-2009 | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 7D3 | Assorted Pinnacle superbills on R.Marks (PinnacleGJ   261,578, 640, 731, 739, 747 and 756) | | | | | |
| 7D4 | Assorted Pinnacle testing on R. Marks (PinnacleGJ ) | | | | | |
| 7D5 | Pinnacle Balance testing results (PinnacleGJ 1174-86) | | | | | |
| 7D6 | Fax to Dr. Michel on Robbie Marks (PinnacleGJ 266-275 ) | | | | | |
| 7E | Medicare R&S Statements for R.M. 11/02/09 (4 pages)($4,410.94) | | | | | |
| 7F | November 2009 Chase Bank Statement for Family Physician PA x0951 (12 pages) | | | | | |
| | | | | | | |
| | **Bank records** | | | | | |
| 8 | Chase affidavit | | | | | |
| 8A | Signature card ( Chase) | | | | | |
| 8A1 | Schedule for account x0951 | | | | | |
| 8A2 | Checks written to Harris/Cevine by Family Physician, P.A. x0951 | | | | | |
| 8A3 | Summary of checks written to Charles Harris / Cevine (2 pages) x0951 | | | | | |
| | | | | | | |
| 8B | Signature card for Charles Harris x2200 Wachovia | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 8B1 | Detail of x2200 | | | | | |
| 8B1A | Summary of x2200 (see affidavit at 8D2) | | | | | |
| 8B2 | Bank One check to "Latasha Addison" Dated 8-31-2007 with "cevine med &Rehab" in memo line | | | | | |
| | | | | | | |
| 8C | CD of Clarissa Smith bank records (Tx Dow 1-993) | | | | | |
| 8C1 | Summary of 8C (10 pages) | | | | | |
| 8C2 | Affidavit for 8C records | | | | | |
| 8C3 | Summary of payments from Family Physician to Smith (1 page) | | | | | |
| | | | | | | |
| 8D | 2 CDs of Charles Harris bank records (EG.CHWF 001-368)(369-1324) | | | | | |
| 8D1 | No exhibit (see 8B) | | | | | |
| 8D2 | Affidavit for WF records | | | | | |
| | **Cevine related documents** | | | | | |
| 9 | Agreement between Dr. Uzoaga and Cevine Medical and Rehabilitation Services, dated May 1, 2006 | | | | | |
| 9A | Summary chart of checks to Cevine/Charles Harris from Family Physician / Uzoaga (Chase acct. x0951; Bank One x0951) with attached checks (2 page summary chart | | | | | |
| 9A1 | Bank One check #2096 from Family | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
|  | Physician/Uzoaga to Charles Harris – notation "Balance training" (Bank One acct. 0951) |  |  |  |  |  |
| 9B | Cevine superbills to Dr. Uzoaga (CS-Uzoaga 0266-278; 381-387; 389-393) |  |  |  |  |  |
| 9C | Cevine superbills to Dr. Uzoaga (CS-Egbunike 243-250; 390-396; 453-59; 483-90; 595-603; 639-647; 1319-1327; 1341-1349; 1532-1539) |  |  |  |  |  |
| 9D | Cevine check #1254, 1201 and 1221 to Gwen Frank (Wachovia acct. x5159) |  |  |  |  |  |
| 9E | Certified copy of Secretary of State records for Cevine Health Care and Rehabilitation , Inc. |  |  |  |  |  |
|  | **Iloanya /Pinnacle related documents** |  |  |  |  |  |
| 10 | Summary chart of payments to Iloanyas from Family Physician/Uzoaga (1 page) Chase acct. x0951 |  |  |  |  |  |
| 10A 10A1 | Business records affidavit from Ebelechukwu Iloanya (PinnacleGJ 305-06); affidavit from Chimezie Iloanya |  |  |  |  |  |
| 10B | Fax from Family Physician regarding 1099 tax form for Ebele Iloanya (PinnacleGJ 309-311) |  |  |  |  |  |
| 10C | Fax cover sheets and attachments to Pinnacle from Dr. Uzoaga (PinnacleGJ |  |  |  |  |  |

˅ 15 ˅

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| | 0925,937, 938); (0922, 924 ,0923,921, 920) | | | | | |
| 10D | Payment request for VNG interpretations from Dr. Michel (PinnacleGJ 315-17) | | | | | |
| 10E | Referrals for Chimezie with handwritten notes ((PinnacleGJ 277,278, 293, 294,295) | | | | | |
| 10F | Assorted Patient Face Sheets from Family Physician and fax cover sheets (PinnacleGJ 279-291; 296-298, 531-532) | | | | | |
| 10G | Fall Track instructions with handwritten notes (PinnacleGJ 002-10) | | | | | |
| 10H | Fax coversheets from Pharmacy Plus to Dr. Uzoaga ((PinnacleGJ 292, 299-304) | | | | | |
| 10I | No exhibit | | | | | |
| 10J | Fax to Maria/Lisa regarding patients who have stopped therapy (PinnacleGJ 644) | | | | | |
| 10K | Fax to Maria/Lisa regarding patients that have been seen for 3 months and patients they cannot get a hold of (PinnacleGJ 555) | | | | | |
| 10L | Collected faxes with superbills covering January 2009 through December 2010 (various bates numbers) | | | | | |
| 10M | Contract to purchase equipment (PinnacleGJ 331-338) | | | | | |
| 10N | 3-page quote from MedTrak (PinnacleGJ 323-25) | | | | | |
| | | | | | | |
| | **Pinnacle patient records, by patient** | | | | | |
| | Alexander, Linda: referral form, balance | | | | | |

˘ 16 ˘

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 11 | check report, patient information sheet (PinnacleGJ 533-541) | | | | | |
| 11A | Alexander, Tina:   Superbills (PinnacleGJ 1093,1094, 1095, 1096) | | | | | |
| 11B | Booker, Jesse:   Superbills (PinnacleGJ 1120-37) | | | | | |
| 11C | Cadenas, Genovena:   Superbills (PinnacleGJ 1286-1316) | | | | | |
| 11D | Chavis, Mary:   Superbills (PinnacleGJ 766-791) | | | | | |
| 11D1 | Chavis, Mary: superbills with patient information   (PinnacleGJ 341-353) | | | | | |
| 11E | Cornett, Vera: superbills with patient information (PinnacleGJ 1004-19) | | | | | |
| 11F | Diaz, Robert: superbills (PinnacleGJ 896-914) | | | | | |
| 11F1 | Diaz, Robert: Dr. Michel report with testing   information (PinnacleGJ 398-407) | | | | | |
| 11G | Doyle, Daisy:   patient face sheet from Family Physician   and referral to Pinnacle (Pinnacle 928-29) | | | | | |
| 11H | Ellis, Robert: referral and   patient information sheets (PinnacleGJ 930-32) | | | | | |
| 11I | No exhibit | | | | | |
| 11J | Flutt, Pervis:   superbill, fax sheet, vng testing with Dr. Michel report (PinnacleGJ 161-172 | | | | | |
| 11K | Hardcastle, William:   superbill, patient information, vng testing, Dr Michel report (PinnacleGJ 386-397) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 11L | Houston, Alice:   superbill, patient information sheets (PinnacleGJ 919, 926, 927) | | | | | |
| 11M | Jack, Lashonda:   patient information sheet, Superbills (PinnacleGJ 941-949). | | | | | |
| 11N | Jenkins, Wilford: superbills, referral sheet (PinnacleGJ 983-88) | | | | | |
| 11O | Lara, Maria:   superbills (PinnacleGJ 855-884) | | | | | |
| 11O1 | Lara, Maria:   Dr. Michel report (PinnacleGJ 408) | | | | | |
| 11O2 | Lara, Maria VNG testing (PinnacleGJ 409-16). | | | | | |
| 11P | Larie, Wayne: superbills (PinnacleGJ 792-854) | | | | | |
| 11Q | Leon, Tommie: superbills (PinnacleGJ 1258-1285) | | | | | |
| 11Q1 | Leon, Tommie: superbill, patient information   sheet, Dr. Michel report, VNG testing, referral to Pinnacle (PinnacleGJ 354-370) | | | | | |
| 11Q2 | Leon, Tommie:   balance check results (PinnacleGJ 1231-36) | | | | | |
| 11R | Newman, Karen:   superbills ((PinnacleGJ 891-95) | | | | | |
| 11S | Ortega, Cecilia: superbills, referral, patient information sheets (PinnacleGJ 885-89) | | | | | |
| 11T | Satcher, Sammie: superbills, referral (PinnacleGJ 1097-1119) | | | | | |
| 11U | Taylor, Ernestine: superbills, patient information sheets, Dr. Michel report, VNG testing (PinnacleGJ 371-84) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 11U1 | Taylor, Ernestine: balance check results and superbills (PinnacleGJ 1237-51) | | | | | |
| 11U2 | Taylor, Ernestine: balance check results (PinnacleGJ 1252-57) | | | | | |
| 11V | Thorndyke, Trina:  patient information sheets (PinnacleGJ 939-40) | | | | | |
| 11W | Tindall, Delores:  referral and  patient information sheets (PinnacleGJ 934-36) | | | | | |
| 11X | Washington, Paul:  superbills, patient information sheets, vng testing, Dr. Michel  report (PinnacleGJ 173-182) | | | | | |
| 11Y | Williams, Alvester: superbills (PinnacleGJ 1078-92) | | | | | |
| 11Z | Williams, Hattie: referral, patient information sheets (PinnacleGJ 915-918, 933) | | | | | |
| 11AA | Zepeda, Guadalupe:  superbills, referral and patient information sheet (PinnacleGJ 1020-1026) | | | | | |
| | | | | | | |
| | **Scot Track records** | | | | | |
| 12 | Scott Auerbach affidavit | | | | | |
| 12A | CD of Scot Trak | | | | | |
| 12B | Selected tests from CD on M. Wilson. M. Chatman, P. Tims, J. Garcia, C. Fuentes (2), L. Griffin, J. James, C. Smith, J. Crockett (2), F. Barrett, H. Morris, A.R. Gideon, M. Jefferson (2), J. Butler,  J. Bohannan | | | | | |
| | | | | | | |
| | **M. Chatman** | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 13 | Medicaid Claims, M. Chatman | | | | | |
| 13A | Summary Medicaid Claims, M. Chatman | | | | | |
| 13B | Uzoaga patient file (Uzoaga 16165-16386) | | | | | |
| 13C | No exhibit | | | | | |
| 13D | No exhibit | | | | | |
| 13E | Dr. Montalvo-Chen patient file on M. Chapman file (Montalvo-Chen 0001-0477) | | | | | |
| | | | | | | |
| | **H.Morris** | | | | | |
| 14 | Medicare summary of billing on H. Morris (6 pages) | | | | | |
| 14A | Summary of dates of service and number of testings | | | | | |
| 14B1 | Uzoaga patient file on H. Morris (Uzoaga 13075-13109) | | | | | |
| 14C | No exhibit | | | | | |
| 14D | No exhibit | | | | | |
| 14E | Dr. Bhuchar patient file (Bhuchar 001-048) | | | | | |
| | | | | | | |
| 16 | **No exhibit** | | | | | |
| | | | | | | |
| | **P. Tims** | | | | | |
| 17A | Summary of Medicare claims data | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 17A1 | Summary of dates of service and number of tests | | | | | |
| 17B1 | Uzoaga patient file (Uzoaga 13372-13669) | | | | | |
| 17B2 | Uzoaga patient file (Uzoaga13670-13879) | | | | | |
| 17B3 | Uzoaga patient file   (Uzoaga 06799-0744) | | | | | |
| 17C | Purple file   (Uzo. 2-2013)(Uzoaga 06769- 06798) | | | | | |
| 17D | Pinnacle superbills (PinnacleGJ 684, 677, 645, 627, 604, 599, 594, 581, 560, 550 | | | | | |
| 17E | Assorted Pinnacle face sheets on P. Tims (PinnacleGJ 950-982) | | | | | |
| 17F | Dr. Bhat record on Tims (Bhat 011-24) | | | | | |
| | | | | | | |
| | **M. Wilson** | | | | | |
| 18 | Summary of Medicaid claims data | | | | | |
| 18A | Summary of testing and dates of service | | | | | |
| 18B1 | Uzoaga patient file (Uzoaga 14252-14342) | | | | | |
| 18C | No exhibit | | | | | |
| 18D | Cevine superbills to Nwora on M. Wilson (CS Nwora 248, 259, 386, 391, 421)(CS Egbunike 447, 496,591, 636, 798, 740, 741, 810, 981, 1420,1545 | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 18E | Dr. Pool patient file (Pool 001-252) | | | | | |
| | | | | | | |
| | | | | | | |
| | **J. Bohannan** | | | | | |
| 19 | Summary of Medicare claims data | | | | | |
| 19A | Summary of testing and dates of service | | | | | |
| 19B1 | Uzoaga patient file (Uzoaga 17518-18059) | | | | | |
| 19B2 | Uzoaga patient file (Uzoaga 17692-18059) | | | | | |
| 19B3 | Cevine superbills on Bohannan (CS Egbunike 244, 1324, 1326, 1539) | | | | | |
| | | | | | | |
| | **Yvonne Luckie** | | | | | |
| 20A | 42 C.F.R. 410.32 | | | | | |
| 20B | Trailblazer LCD (2006) | | | | | |
| 20C | Trailblazer LCD (2008) | | | | | |
| 20D | Trailblazer LCD (2010) | | | | | |
| 20E | Health Integrity chart (8 pages) (redacted) | | | | | |
| 20F | Health Integrity chart (4 pages)(redacted) | | | | | |
| 20G | Health Integrity chart (13 pages) (redacted) | | | | | |
| 20H | Health Integrity chart (23 pages)(redacted) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|-----|-------------|------|-----|-------|-------|------|
| | | | | | | |
| 20I | CMS letters to Family Physician PA (TB-U2 10-27) | | | | | |
| 21 | No exhibits | | | | | |
| | | | | | | |
| | | | | | | |
| | **A. Jenkins** | | | | | |
| 22 | Uzoaga summary of Medicare claims data | | | | | |
| 22A | Uzoaga summary of testing and dates of service | | | | | |
| 22A1 | Nwora summary of Medicare claims data | | | | | |
| 22A2 | Nwora summary of testing and dates of service | | | | | |
| | | | | | | |
| | **L. Griffin** | | | | | |
| 24 | Uzoaga Summary of Medicare claims data | | | | | |
| 24A | Uzoaga Summary of testing and dates of service by Uzoaga | | | | | |
| 24A1 | Nwora summary of Medicare claims data | | | | | |
| 24A2 | Nwora summary of testing and dates of service | | | | | |
| 24B | Egbunike summary of Medicare claims data | | | | | |
| 24B1 | Egbunike summary of testing and dates of service | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|-----|-------------|------|-----|-------|-------|------|
| 24C | Uzoaga patient file (Uzoaga.21812-830) | | | | | |
| 24D | No exhibit | | | | | |
| 24E | Cevine superbills on Griffin to Nwora and Egbunike (CS Nwora 256,342, 386,632,993) (CS Egbunike 673,698,822,748,943,1013,1024,1054,1105, 1117,1160, 1264,1394) | | | | | |
| 24E1 | Cevine superbills on Griffin to Uzoaga (CS Egbunike 641) | | | | | |
| | | | | | | |
| | **Robertha Cox** | | | | | |
| 25 | Uzoaga patient file (4 patient files ) (Uzoaga.21358-21421)(Uzoaga 21370-21378)(Uzoaga 23853-23094) (Uzoaga 23905-23915) | | | | | |
| 25A | Uzoaga Medicaid summary of claims data (only Medicaid billing) | | | | | |
| 25A1 | Summary of dates of service and number of tests (1 pages) | | | | | |
| 25B | Nwora Medicare summary of claims data (6 pages) | | | | | |
| 25B1 | Summary of dates of service and number of tests on Cox by Nwora (1 page) | | | | | |
| 25B2 | Cevine superbills to Nwora on Cox   (CS Egbunike 258, 385, 422, 450, 495, 589, 635) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 25B3 | MLK Clinic file on Cox (Cox 0001-447) with affidavit | | | | | |
| | | | | | | |
| 26 | Email from Dr. Uzoaga | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|-----|-------------|------|-----|-------|-------|------|
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |