IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA          §
                                  §
                                  §
v.                                §          CR. NO. H-14-065
                                  §
                                  §
ENYIBUAKU RITA UZOAGA, M.D.       §


## VERDICT


### Count One


We, the jury, find the Defendant, **Enyibuaku Rita Uzoaga, M.D.**, _Guilty_, ("Guilty" or "Not Guilty") of the offense charged in Count **One** of the Indictment.


### Count Two


We, the jury, find the Defendant, **Enyibuaku Rita Uzoaga, M.D.**, _Guilty_, ("Guilty" or "Not Guilty") of the offense charged in Count **Two** of the Indictment.


### Count Three


We, the jury, find the Defendant, **Enyibuaku Rita Uzoaga, M.D.**, _Guilty_, ("Guilty" or "Not Guilty") of the offense charged in Count **Three** of the Indictment.

## Count Four

We, the jury, find the Defendant, **Enyibuaku Rita Uzoaga, M.D.**, _Guilty_ , ("Guilty" or "Not Guilty") of the offense charged in Count **Four** of the Indictment.

## Count Five

We, the jury, find the Defendant, **Enyibuaku Rita Uzoaga, M.D.**, _Guilty_ , ("Guilty" or "Not Guilty") of the offense charged in Count **Five** of the Indictment.

## Count Six

We, the jury, find the Defendant, **Enyibuaku Rita Uzoaga, M.D.**, _Guilty_ , ("Guilty" or "Not Guilty") of the offense charged in Count **Six** of the Indictment.

## Count Seven

We, the jury, find the Defendant, **Enyibuaku Rita Uzoaga, M.D.**, _Guilty_ , ("Guilty" or "Not Guilty") of the offense charged in Count **Seven** of the Indictment.

_Nov. 3, 2015_
Date

Foreperson

2