JUDGE EWING WERLEIN, JR.
Case Manager __Marilyn Flores__      Court Reporter _Bruce Slavin_
USPO __Chris Hopkins__             Interpreter_No_
Time: __10:48 a.m.__ to_ 12:10 p.m.__    **DATE_March 24, 2016_**

---------------------------------------------------------------------------------------

## CR. No._H-14-65_

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Suzanne Bradley, AUSA |
| | § | |
| vs. | § | |
| | § | |
| Enyibuaku Rita Uzoaga, MD | § | Don DeGabrielle, Retained |

---------------------------------------------------------------------------------------

## SENTENCING

__X__   Sentencing held on **Ct(s)_1-7_** pursuant to a **Guilty Verdict by Jury** on_11/03/2015_ .

__X__   **SENTENCE:** Ct(s)_**1-7**_  Custody for __42__ months
   **Supervised Release Term** for __3__ yrs
   **Fine :  waived**
   **Restitution: $389,294.99**
   Payments are to be made to the U.S.D.C. in installments on $25.00 per quarter or ½ of
   prison earnings, which ever is greater, while incarcerated, and in the amount of $ 200.00
   per month, or 10% of gross earnings, which ever is greater, after release, to begin within _
   60_ days of judgment or release from incarceration.
   **Special Assessment** on Ct(s) _**1-7**_ for a total of **$ 700.00** due immediately.

__X_ **Standard Conditions of Release**:
_X_ No firearm or destructive device          ___ Dft to provide financial information
_X_ Collection of DNA sample                  ___ Dft not to incur new credit
__Drug testing/treatment as directed by Probation   ___ Dft not to have credit access device
___ Dft to incur costs of drug treatment/testing    ___Deportation restrictions
___ Other:

__X__   TIME TO SERVE   __X__   WRITTEN NOTICE REGARDING APPEAL RIGHTS
        Total Offense Level: _24_        Crim. History Cat.: _I_
        Custody Range: _51-63 months_    Fine Range: _$10,000 - $100,000_

__X__   Govt's Oral Motion for Downward Departure GRANTED

__X__   Dft **continued on BOND, voluntary surrender;**

__X__   Terminate other settings and motions for this defendant